UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7344-GW-ASx | Date | January 9, 2023 |
|---|---|---|---|
| Title | *FullStory, Inc. v. North American Capacity Insurance Company, et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jedediah G. Brinton | Matthew W. Beato |
| | Spencer T. Sallander |

**PROCEEDINGS:** IN CHAMBERS - TENTATIVE RULING ON PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR COSTS AND EXPENSES UNDER 28 U.S.C. § 1447(C) [35]; and SCHEDULING CONFERENCE

The Court's Tentative Ruling on Plaintiff's Motion [35] was issued on January 6, 2023 [59]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES the Motion.

Court and counsel discuss scheduling. The Court sets the following:

1. The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to January 27, 2023. Thereafter, any further amendments must be made by motion under Rule 16.

2. A post-mediation status conference is set for July 20, 2023 at 8:30 a.m., with mediation to be completed by July 17, 2023. The parties have chosen to mediate through a private mediation service. The parties will make arrangements so that the mediation can be completed by July 17 and a joint report filed with the Court by July 18, 2023.

3. All regular discovery will be completed by June 16, 2023. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be completed by July 14, 2023.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is August 14, 2023.

|  | : | 25 |
|---|---|---|
| | Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7344-GW-ASx | Date | January 9, 2023 |
|---|---|---|---|
| Title | *FullStory, Inc. v. North American Capacity Insurance Company, et al.* | | |

6. The pre-trial conference will be held on September 14, 2023 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials (Docket No. 13).

7. Jury trial will begin on September 26, 2023 at 9:00 a.m.

| | : | 25 |
|---|---|---|
| Initials of Preparer | JG | |