WILEY REIN LLP
MATTHEW W. BEATO (admitted *pro hac vice*)
  mbeato@wiley.law
YSABELLE G. REYES (admitted *pro hac vice*)
  yreyes@wiley.law
2050 M Street NW
Washington, DC 20036
Telephone:  202.719.7000
Facsimile:   202.719.7049

GREENAN, PEFFER, SALLANDER & LALLY LLP
SPENCER T. SALLANDER (SBN 341014)
  ssallander@gpsllp.com
JOHN MAKIN (SBN 88853)
  jmakin@gpsllp.com
NELSON HSIEH (SBN 177128)
  nhsieh@gpsllp.com
CHIP B. COX (SBN 159681)
  chipc@gpsllp.com
912 East 12th St.
Suite B, #114
Los Angeles, CA 90021
Telephone:  925.866.1000 (Main)
              925.498.2411 (Direct)
Facsimile:   925.830.8787

*Attorneys for Defendants North American Capacity Insurance Company and Peleus Insurance Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULLSTORY, INC.,<br><br>                              Plaintiff,<br><br>      v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, PELEUS INSURANCE COMPANY, and DOES 1 through 5,<br><br>                              Defendants. | Case No.: 2:22-cv-07344 GW (ASx)<br>Assigned to: Hon. George H. Wu<br><br>Hearing Date: September 7, 2023<br><br>**DECLARATION OF YSABELLE G. REYES IN SUPPORT OF DEFENDANTS NORTH AMERICAN CAPACITY INSURANCE COMPANT AND PELEUS INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

-1-

I, YSABELLE G. REYES, declare as follows:

1.     I am an Associate in the law firm of Wiley Rein, LLP, 2050 M St. NW, Washington, D.C. 20036. In that capacity, I represent Defendants North American Capacity Insurance Company ("NACIC") and Peleus Insurance Company ("Peleus," and together with NACIC, the "Carriers") in connection with the above-captioned matter.

2.     I submit this Declaration in support of the Carriers' Motion for Summary Judgment based on my personal knowledge, information, and belief.

3.     Attached to this Declaration as **Exhibit 1** is a true and correct copy of the original complaint filed in the lawsuit captioned *Bateman v. Bloomingdale's Inc.*, No. 6:22-cv-02007 (M.D. Fla. filed Nov. 1, 2022), obtained directly from the United States District Court for the Middle District of Florida's PACER website.

4.     Attached to this Declaration as **Exhibit 2** is a true and correct copy of the August 5, 2022 complaint in the lawsuit captioned *Byars v. Macy's, Inc.*, No. CIV-SB-2217010 (Super. Ct. San Bernardino Cnty. filed Aug. 5, 2022), obtained directly from the Superior Court of California for San Bernardino County Court Access Portal.

5.     Attached to this Declaration as **Exhibit 3** is a true and correct copy of the original complaint filed in the lawsuit captioned *Castro v. Nike, Inc.*, No. 2:21-at-00937 (E.D. Cal. filed Sept. 20, 2021), obtained directly from the United States District Court for the Eastern District of California's PACER website.

6.      Attached to this Declaration as **Exhibit 4** is a true and correct copy of the original complaint filed in the lawsuit captioned *Curd v. Papa John's International, Inc.*, No. 1:22-cv-03185 (D. Md. filed Dec. 9, 2022), obtained directly from the United States District Court for the District of Maryland's PACER website.

7.      Attached to this Declaration as **Exhibit 5** is a true and correct copy of the original complaint filed in the lawsuit captioned *Daghaly v. Bloomingdales.com, LLC*, No. 3:23-cv-00129 (S.D. Cal. filed Jan. 24, 2023), obtained directly from the United States District Court for the Southern District of California's PACER website.

8.      Attached to this Declaration as **Exhibit 6** is a true and correct copy of the original complaint filed in the lawsuit captioned *Doe v. Hey Favor, Inc.*, 3:23-cv-00059 (N.D. Cal. filed Jan. 5, 2023), obtained directly from the United States District Court for the Northern District of California's PACER website.

9.      Attached to this Declaration as **Exhibit 7** is a true and correct copy of the original complaint filed in the lawsuit captioned *Emmett v. Delta Air Lines, Inc.*, No. 2:22-cv-01568 (D. Mass. filed Nov. 4, 2022), obtained directly from the United States District Court for the District of Massachusetts's PACER website.

10.     Attached to this Declaration as **Exhibit 8** is a true and correct copy of the original complaint filed in the lawsuit captioned *Graham v. Noom, Inc.*, No. 3:20-cv-06903 (N.D. Cal. filed Oct. 2, 2020), obtained directly from the United States District Court for the Northern District of California's PACER website.

11. Attached to this Declaration as **Exhibit 9** is a true and correct copy of the original complaint filed in the lawsuit captioned *Hasson v. FullStory, Inc.*, No. 2:22-cv-1246 (W.D. Pa. filed Aug. 30, 2022), obtained directly from the United States District Court for the Western District of Pennsylvania's PACER website.

12. Attached to this Declaration as **Exhibit 10** is a true and correct copy of the original complaint filed in the lawsuit captioned *Hernandez v. Bloomingdale's Inc.*, No. 1:23-cv-00519 (D. Md. filed Feb. 24, 2023), obtained directly from the United States District Court for the District of Maryland's PACER website.

13. Attached to this Declaration as **Exhibit 11** is a true and correct copy of the original complaint filed in the lawsuit captioned *Holden v. Found Health, Inc.*, No. 2:20-cv-01988 (E.D. Cal. filed Oct. 2, 2020), obtained directly from the United States District Court for the Eastern District of California's PACER website.

14. Attached to this Declaration as **Exhibit 12** is a true and correct copy of the original complaint filed in the lawsuit captioned *Huber v. Lowe's Companies, Inc.*, No. 2:22-cv-03571 (E.D. Pa. filed Sept. 7, 2022), obtained directly from the United States District Court for the Eastern District of Pennsylvania's PACER website.

15. Attached to this Declaration as **Exhibit 13** is a true and correct copy of the original complaint filed in the lawsuit captioned *Jacome v. Spirit Airlines, Inc.*, No. 2021-000947-CA-01 (Fla. Cir. Ct. 11th Jud. Ct. filed Jan 14, 2021), obtained directly from the Florida Eleventh Judicial Circuit's website.

16.     Attached to this Declaration as **Exhibit 14** is a true and correct copy of the original complaint filed in the lawsuit captioned *Johnson v. Blue Nile, Inc.*, No. 3:20-cv-08183 (N.D. Cal. filed Nov. 19, 2020), obtained directly from the United States District Court for the Eastern District of Pennsylvania's PACER website.

17.     Attached to this Declaration as **Exhibit 15** is a true and correct copy of the original complaint filed in the lawsuit captioned *Jones v. Bloomingdales.com, LLC*, No. 4:22-cv-1095 (E.D. Mo. filed Oct. 14, 2022), obtained directly from the United States District Court for the Eastern District of Missouri's PACER website.

18.     Attached to this Declaration as **Exhibit 16** is a true and correct copy of the original complaint filed in the lawsuit captioned *Jones v. Papa John's International, Inc.*, No. 4:23-cv-00023 (E.D. Mo. filed Jan. 6, 2023), obtained directly from the United States District Court for the Eastern District of Missouri's PACER website.

19.     Attached to this Declaration as **Exhibit 17** is a true and correct copy of the JAMS demand Bates-stamped NACIC_PELEUS_00000830 and captioned *Kauffman v. Lowe's Home Centers, LLC*, obtained by the Defendants by email from Kat Nguyen of Newfront, Plaintiff's broker, to John Spiehs of Swiss Re, dated October 27, 2022.

20.     Attached to this Declaration as **Exhibit 18** is a true and correct copy of the original complaint filed in the lawsuit captioned *Kauffman v. Papa John's International, Inc.*, No. 3:22-cv-01492 (S.D. Cal. filed Oct. 3, 2022), obtained directly

-5-

from the United States District Court for the Southern District of California's PACER website.

21.    Attached to this Declaration as **Exhibit 19** is a true and correct copy of the original complaint filed in the lawsuit captioned *Licea v. Old Navy, LLC*, No. 5:22-cv-01413 (C.D. Cal. filed Aug. 10, 2022), obtained directly from the United States District Court for the Central District of California's PACER website.

22.    Attached to this Declaration as **Exhibit 20** is a true and correct copy of the first amended complaint filed in the lawsuit captioned *Licea v. Old Navy, LLC*, No. 5:22-cv-01413 (C.D. Cal. filed Sept. 30, 2022), obtained directly from the United States District Court for the Central District of California's PACER website.

23.    Attached to this Declaration as **Exhibit 21** is a true and correct copy of the original complaint filed in the lawsuit captioned *Mikulsky v. Bloomingdale's, LLC, and Bloomingdales.com, LLC*, No. 3:23-cv-00425 (S.D. Cal. filed Mar. 8, 2023), obtained directly from the United States District Court for the Southern District of California's PACER website.

24.    Attached to this Declaration as **Exhibit 22** is a true and correct copy of the original complaint filed in the lawsuit captioned *Nasir v. Papa John's International, Inc.*, No. 6:22-cv-02006 (M.D. Fla. filed Nov. 1, 2022), obtained directly from the United States District Court for the Middle District of Florida's PACER website.

25.     Attached to this Declaration as **Exhibit 23** is a true and correct copy of the original complaint filed in the lawsuit captioned *Rosenthal v. Bloomingdale's Inc.*, No. 1:22-cv-11944 (D. Mass. filed Nov. 15, 2022), obtained directly from the United States District Court for the District of Massachusetts's PACER website.

26.     Attached to this Declaration as **Exhibit 24** is a true and correct copy of the original complaint filed in the lawsuit captioned *Saleh v. Hudson's Bay Co.*, No. 2:20-cv-09095 (C.D. Cal. filed Oct. 2, 2020), obtained directly from the United States District Court for the Central District of California's PACER website.

27.     Attached to this Declaration as **Exhibit 25** is a true and correct copy of the original complaint filed in the lawsuit captioned *Saleh v. Nike, Inc.*, No. 2:20-cv-09581 (C.D. Cal. filed Dec. 19, 2020), obtained directly from the United States District Court for the Central District of California's PACER website.

28.     Attached to this Declaration as **Exhibit 26** is a true and correct copy of the original complaint filed in the lawsuit captioned *Schnur v. Papa John's International, Inc.*, No. 2:22-cv-1620 (W.D. Pa. filed Nov. 15, 2022), obtained directly from the United States District Court for the Western District of Pennsylvania's PACER website.

29.     Attached to this Declaration as **Exhibit 27** is a true and correct copy of the original complaint filed in the lawsuit captioned *Sofoian v. Gen. Nutrition Corp.*, No. 2:20-cv-10586 (C.D. Cal. filed Nov. 19, 2020), obtained directly from the United States District Court for the Central District of California's PACER website.

30.     Attached to this Declaration as **Exhibit 28** is a true and correct copy of the original complaint filed in the lawsuit captioned *Thomas v. Papa John's International, Inc.*, No. 3:22-cv-2012 (S.D. Cal. filed Dec. 19, 2022), obtained directly from the United States District Court for the Southern District of California's PACER website.

31.     Attached to this Declaration as **Exhibit 29** is a true and correct copy of the original complaint filed in the lawsuit captioned *Vonbergen v. Bloomingdales.com, LLC*, No. 2:22-cv-04724 (E.D. Pa. filed Nov. 28, 2022), obtained directly from the United States District Court for the Eastern District of Pennsylvania's PACER website.

32.     Attached to this Declaration as **Exhibit 30** are true and correct copies of excerpts of the Federal Rule of Civil Procedure 30(b)(6) deposition of Mikhail Gosis, FullStory's corporate representative, which took place on July 28, 2023.

33.     Attached to this Declaration as **Exhibit 31** is a true and correct copy of the expert report of R. Greg Kipper, FullStory's expert on consequential damages, dated July 17, 2023, that was used as an exhibit in the deposition of Mr. Kipper on August 7, 2023.

34.     Attached to this Declaration as **Exhibit 32** is a true and correct copy of the November 16, 2017 article from Wired.com titled, "The Dark Side of 'Replay Sessions' That Record Your Every Move Online" used as an exhibit in the deposition of Mr. Gosis on July 28, 2023.

35.     Attached to this Declaration as **Exhibit 33** is a true and correct copy of an article titled "No Boundaries: Exfiltration of personal data by session-replay scripts" used as an exhibit in the deposition of Mr. Gosis on July 28, 2023.

36.     Attached to this Declaration as **Exhibit 34** is a true and correct copy of an email Bates-stamped FS001980 and dated November 17, 2022 from Armen Adzhemyan, armen.adzhemyan@delta.com, to David Woolston, dw@fullstory.com, copying Jonathan Ware, jonathan.ware@delta.com, and Meg Taylor, Meg.Taylor@delta.com, describing FullStory's offer to indemnify Delta Air Lines.

37.     Attached to this Declaration as **Exhibit 35** is a true and correct copy of an email Bates-stamped NACIC_PELEUS_00000837 and dated October 27, 2022 from John Spiehs, John_Spiehs@swissre.com, to ClaimsNAFinPro_CorporateSolutions@swissre.com forwarding an email from Kat Nguyen of Newfront, Plaintiff's broker, to John Spiehs of Swiss Re, also dated October 27, 2022.  The email from Kat Nguyen provides notice to the Carriers of six lawsuits and one JAMS arbitration demand and attaches copies of the complaints in those matters:

- *Licea v. Old Navy, LLC*, No. 5:22-cv-01413 (C.D. Cal. filed Aug. 10, 2022);

- *Kauffman v. Lowe's Home Centers, LLC* (JAMS demand);

- *Huber v. Lowe's Companies, Inc.*, No. 2:22-cv-03571 (E.D. Pa. filed Sept. 7, 2022);

-9-

- *Jones v. Bloomingdales.com, LLC*, No. 4:22-cv-1095 (E.D. Mo. filed Oct. 14, 2022);

- *Hasson v. FullStory, Inc.*, No. 2:22-cv-1246 (W.D. Pa. filed Aug. 30, 2022);

- *Byars v. Macy's, Inc.*, No. CIV-SB-2217010 (Super. Ct. San Bernardino Cnty. filed July 27, 2022) (although the email references the August 5, 2022 complaint); and

- *Kauffman v. Papa John's International, Inc.*, No. 3:22-cv-01492 (S.D. Cal. filed Oct. 3, 2022).

38.      Attached to this Declaration as **Exhibit 36** is a true and correct copy of the policy issued by the Carriers to FullStory, Policy No. C-4LQK-067610-CYBER-2020 for the policy period of June 24, 2020 to June 14, 2021 Bates-stamped NACIC_PELEUS_00000048.

I declare under penalty of perjury that the foregoing is true and correct.

August 10, 2023

_____
Ysabelle G. Reyes

-10-