UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7344-GW-ASx | Date | October 23, 2023 |
|---|---|---|---|
| Title | *FullStory, Inc. v. North American Capacity Insurance Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jedediah G. Brinton | Matthew W. Beato |

**PROCEEDINGS:**   **DEFENDANTS NORTH AMERICAN CAPACITY INSURANCE COMPANY AND PELEUS INSURANCE COMPANY'S  MOTION FOR SUMMARY JUDGMENT [95] and PLAINTIFF FULLSTORY'S MOTION FOR PARTIAL SUMMARY JUDGMENT [96]**

The Court's Tentative Rulings following Supplemental Briefing was issued on October 20, 2023 [116]. Oral argument is held. For reasons stated on the record, the above-entitled Motions are TAKEN UNDER SUBMISSION.

|  | : | 22 |
|---|---|---|
| Initials of Preparer | JG | |