UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7344-GW-ASx | Date | January 24, 2024 |
|---|---|---|---|
| Title | *FullStory, Inc. v. North American Capacity Insurance Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

The Court has received the parties' Joint Post-Mediation Status Report (ECF No. 124) wherein they indicate that they have reached an agreement in principle and are memorializing the settlement documents. Based on said report, the Court vacates all pending dates (including the January 25, 2024 Post-Mediation Status Conference) and sets an Order to Show Cause re Settlement for February 29, 2024 at 8:30 a.m. Said date will be taken off-calendar if a dismissal (or a joint report plus a stipulation to continue the February 29 OSC to a date acceptable to the Court) is filed by February 26.

|  | : |
|---|---|
| Initials of Preparer | JG |