WILEY REIN LLP
MATTHEW W. BEATO (admitted *pro hac vice*)
  mbeato@wiley.law
YSABELLE G. REYES (admitted *pro hac vice*)
  yreyes@wiley.law
2050 M Street NW
Washington, DC 20036
Telephone:  202.719.7000
Facsimile:   202.719.7049

GREENAN, PEFFER, SALLANDER & LALLY LLP
SPENCER T. SALLANDER (SBN 341014)
ssallander@gpsllp.com
JOHN MAKIN (SBN 88853)
  jmakin@gpsllp.com
NELSON HSIEH (SBN 177128)
  nhsieh@gpsllp.com
CHIP B. COX (SBN 159681)
  chipc@gpsllp.com
912 East 12th St.
Suite B, #114
Los Angeles, CA 90021
Telephone:  925.866.1000 (Main)
                  925.498.2411 (Direct)
Facsimile:   925.830.8787

*Attorneys for Swiss Re Corporate Solutions
Insurance Corporation, successor by merger to
Defendant North American Capacity
Insurance Company, and Defendant Peleus
Insurance Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FULLSTORY, INC.,<br><br>                              Plaintiff,<br><br>         v.<br><br>NORTH AMERICAN CAPACITY INSURANCE COMPANY, PELEUS INSURANCE COMPANY, and DOES 1 through 5,<br><br>                              Defendants. | Case No.: 2:22-cv-07344 GW (ASx)<br>Assigned to: Hon. George H. Wu<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the terms of the confidential settlement agreement between Plaintiff FullStory, Inc., on the one hand, and Swiss Re Corporate Solutions Insurance Corporation ("SRCSIC"), as successor-in-interest to Defendant North American Capacity Insurance Company ("NACIC"), and Defendant Peleus Insurance Company ("Peleus"), on the other, the parties hereby stipulate and agree to the dismissal with prejudice of this action against SRCSIC, NACIC, and Peleus, as well as Coalition, Inc., and Coalition Insurance Solutions, Inc. Each party shall bear its own costs and attorney's fees in this action. The parties further stipulate that this Court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement, and to resolve any dispute relating to, or arising under, the settlement agreement.

DATED: May 1, 2024

Respectfully submitted,

ZOBRIST LAW GROUP                                    WILEY REIN LLP


*/s/ Jonathan Jacobs*                                 */s/ Matthew W. Beato*
Jonathan Jacobs                                       Matthew W. Beato
  jonathan@zoblaw.com                                   mbeato@wiley.law
E. Garrett Barlow                                     Ysabelle G. Reyes
  gbarlow@zoblaw.com                                    yreyes@wiley.law
Jedediah G. Brinton                                   2050 M Street NW
  jbrinton@zoblaw.com                                 Washington, DC 20036
2075 Inglewood Drive                                  Telephone: (202) 719-7000
Charlottesville, VA 22901
Telephone: (434) 977-9666                             *Attorneys for Swiss Re Corporate*
                                                      *Solutions Insurance Corporation,*
*Attorneys for Plaintiff FullStory,*                  *successor by merger to Defendant*
*Inc.*                                                *North American Capacity Insurance*
                                                      *Company, and Defendant Peleus*
                                                      *Insurance Company*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that the other signatory listed, and on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing. I further attest that I have on file documentation of his authorization.

DATED: May 1, 2024                    WILEY REIN LLP


By:  _/s/ Matthew W. Beato_____

Matthew W. Beato

*Attorney for Swiss Re Corporate Solutions Insurance Corporation, successor by merger to Defendant North American Capacity Insurance Company, and Defendant Peleus Insurance Company*