JS-6

1  WILEY REIN LLP
   MATTHEW W. BEATO (admitted *pro hac vice*)
2    mbeato@wiley.law
   YSABELLE G. REYES (admitted *pro hac vice*)
3    yreyes@wiley.law
   2050 M Street NW
4  Washington, DC 20036
   Telephone:  202.719.7000
5  Facsimile:   202.719.7049

6  GREENAN, PEFFER, SALLANDER & LALLY LLP
   SPENCER T. SALLANDER (SBN 341014)
7  ssallander@gpsllp.com
   JOHN MAKIN (SBN 88853)
8    jmakin@gpsllp.com
   NELSON HSIEH (SBN 177128)
9    nhsieh@gpsllp.com
   CHIP B. COX (SBN 159681)
10   chipc@gpsllp.com
   912 East 12th St.
11 Suite B, #114
   Los Angeles, CA 90021
12 Telephone:  925.866.1000 (Main)
             925.498.2411 (Direct)
13 Facsimile:   925.830.8787

14 *Attorneys for Swiss Re Corporate Solutions*
   *Insurance Corporation, successor by merger to*
15 *Defendant North American Capacity*
   *Insurance Company, and Defendant Peleus*
16 *Insurance Company*

17

18              **UNITED STATES DISTRICT COURT**

19            **CENTRAL DISTRICT OF CALIFORNIA**

20

21 FULLSTORY, INC.,                          | Case No.: 2:22-cv-07344  GW (ASx)
                                               | Assigned to: Hon. George H. Wu
22                    Plaintiff,
                                               | ~~PROPOSED~~ **ORDER**
23        v.                                   | **GRANTING JOINT**
                                               | **STIPULATION FOR**
24 NORTH AMERICAN CAPACITY                     | **DISMISSAL OF ACTION**
   INSURANCE COMPANY, PELEUS                   | **WITH PREJUDICE AND TO**
25 INSURANCE COMPANY, and DOES 1               | **RETAIN JURISDICTION TO**
   through 5,                                  | **ENFORCE SETTLEMENT**
26                                             | **AGREEMENT**
                      Defendants.
27

28

                              - 1 -

The Court, having considered the Joint Stipulation for Dismissal of Action With Prejudice and to Retain Jurisdiction to Enforce Settlement Agreement, filed by Plaintiff FullStory, Inc., on the one hand, and Swiss Re Corporate Solutions Insurance Corporation ("SRCSIC"), as successor-in-interest to Defendant North American Capacity Insurance Company ("NACIC"), and Defendant Peleus Insurance Company ("Peleus"), on the other, hereby ORDERS as follows:

1. The above captioned action is dismissed with prejudice in its entirety;

2. All proceedings in this action are vacated and taken off the calendar; and

3. The Court shall retain jurisdiction to enforce the terms of the settlement agreement entered into by Plaintiff FullStory, Inc., on the one hand, and SRCSIC, as successor-in-interest to Defendant NACIC, and Defendant Peleus, on the other, and to resolve any disputes relating to, or arising under, the settlement agreement.

IT IS SO ORDERED.

DATED: May 1, 2024

_____
Hon. George H. Wu
United States District Court Judge

- 2 -